# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JAIME ALAIN GARCIA-AGUILAR,

     Petitioner,

v.                                                                  Case No. 2:26-cv-2020-MSN-cgc

SCOTT LADWIG,

     Respondent.

## ORDER GRANTING MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AND TERMINATE CASE WITHOUT PREJUDICE

Petitioner, Jaime Alain Garcia-Aguilar, seeks to withdraw his Petitioner for Writ of Habeas Corpus and terminate this matter without prejudice (ECF No. 13, "Motion"). According to the Motion, Petitioner was issued an Order of Removal on February 3, 2026, and he has waived his right to appeal. The Court finds the Motion well taken, and it is **GRANTED**. Petitioner's Petitio for Writ of Habeas Corpus is **DISMISSED** without prejudice. Judgment will be entered accordingly.

     **IT IS SO ORDERED**, this 17th day of February, 2026.

                   *s/ Mark S. Norris*
                   MARK S. NORRIS
                   UNITED STATES DISTRICT JUDGE