IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAIME ALAIN GARCIA-AGUILAR,

    Petitioner,

v.                                                Case No. 2:26-cv-2020-MSN-cgc

SCOTT LADWIG,

    Respondent.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed January 8, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Withdraw Petition for Writ of Habeas Corpus and Terminate Case Without Prejudice (ECF No. 14), entered February 17, 2026, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 17, 2026
Date